IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | **CRIM. NO. 05-259 (RJL)** |
| ) | |
| ) | |
| **MAHMUD RASHID,** ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant, Mahmud Rashid, through undersigned counsel, respectfully requests that the Court continue the plea hearing that the Court set for November 14, 2005. Counsel received a notice setting this date earlier this week and unfortunately it is not a good day for either Mr. Rashid or counsel. Mr. Rashid's wife is gravely ill and he must accompany her to Florida where she receives treatments on a regular basis. They are scheduled to be there from November 11 through 22. She also has dialysis treatments every Monday, Wednesday and Friday and he must accompany her. Defense counsel is in trial the week of November 29, 2005, and government counsel is unavailable the week of December 5, 2005. Therefore, counsel jointly request that the Court set the plea hearing on either December 1, 15, or 20, 2005.

                                        Respectfully submitted,

                                        A.J. KRAMER
                                        FEDERAL PUBLIC DEFENDER

                                        _____/s/_____
                                        Michelle Peterson
                                        Assistant Federal Public Defender
                                        625 Indiana Avenue, N.W., Ste 550
                                        Washington, D.C. 20004