IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Crim. No. 05-259 (RJL) |
| **MAHMUD RASHID,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of the defendant's unopposed motion for a continuance, it is hereby

ORDERED that the motion is GRANTED. The hearing scheduled for November 14, 2005, is continued until December ____, 2005, at ____. '

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
AFPD Michelle Peterson
AUSA John Carlin