UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAHMUD RASHID | CRIMINAL NO. 05CR-259 (RJL) |

## NOTICE OF ASSIGNMENT OF COUNSEL AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney John Carlin, telephone number (202) 353-2457, and this is notice of his appearance as counsel in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
John P. Carlin
Assistant United States Attorney
555 4th Street, N.W., Room 5235
Washington, DC 20530
(202) 353-2457

Dated: November 15, 2005

<u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that, on November __, 2005, a copy of the foregoing was served by U.S. Mail upon the attorneys for the defendants:

Michelle M. Peterson
Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
shelli_peterson@fd.org
*Attorney for Defendant Mahmud Rashid*

_____
Assistant United States Attorney
John P. Carlin