**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CRIM. NO. 05-259 (RJL)** |
| | ) | |
| | ) | |
| **MAHMUD RASHID,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## UNOPPOSED MOTION TO CONTINUE PLEA HEARING

Defendant, Mahmud Rashid, through undersigned counsel, respectfully requests that the Court continue the plea hearing that the Court set for January 6, 2006. Counsel received a notice setting this date earlier this week and unfortunately it is not a good day for Mr. Rashid. Mr. Rashid's wife is gravely ill and he must accompany her to Florida where she receives treatments on a regular basis. They are scheduled to be there from January 5 through January 10. She also has dialysis treatments every Monday, Wednesday and Friday and he must accompany her. Thus, counsel respectfully requests that the plea hearing be scheduled on any Tuesday or Thursday after January 10, 2006.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004