IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**MAHMUD RASHID,** )<br>)<br>**Defendant.** )<br>_____) | Crim. No. 05-259 (RJL) |

**ORDER**

Upon consideration of the defendant's unopposed motion for a continuance, it is hereby

ORDERED that the motion is GRANTED.  The hearing scheduled for January 6, 2006, is continued until [any Tuesday or Thursday] January ____, 2006, at ____.

_____
Honorable Richard J. Leon
United States District Court Judge

cc:   John Carlin
      Michelle Peterson