FILED

JAN 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| V. | |
| *Mahmud Rashid* | CASE NUMBER: *05-259* |

I, _*Mahmud Rashid*_____, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on _*January 17, 2006*_____ prosecution by indictment and consent that the
                          Date

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____