IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| V.   ) | CRIM. NO. 05-259 (RJL) |
| ) | |
| ) | |
| MAHMUD RASHID,   ) | |
| ) | |
| Defendant.   ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant, Mahmud Rashid, through undersigned counsel, respectfully requests that the Court continue the sentencing hearing that the Court set for June 2, 2006. Defense counsel would like to attend the annual Federal Defender's Conference in San Francisco which is scheduled for that week. Counsel was unaware of the dates of the conference when the matter was set for that date. Government counsel does not oppose this request, and both parties are available on June 23, 2006 if that date is available for the Court.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

"/s/"

Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004