## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | |
| ) | **Crim. No. 05-259 (RJL)** |
| **MAHMUD RASHID,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## ORDER

Upon consideration of the defendant's unopposed motion for a continuance, it is hereby

ORDERED that the motion is GRANTED. The hearing scheduled for June 2, 2006, is continued until _____, 2006, at ____.

'

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
AFPD Michelle Peterson
AUSA John Carlin