IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIM. NO. 05-259 (RJL) |
| ) | |
| ) | |
| MAHMUD RASHID, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING

Defendant, Mahmud Rashid, through undersigned counsel, respectfully requests that the Court continue the sentencing hearing that the Court set for July 14, 2006. Counsel needs additional time to gather medical records and prepare a sentencing presentation. Additionally, Counsel needs to submit updated financial information to the Probation Office to update the Presentence Report as the Rashids have lost their gas station (and hence their main source of income) as a result of pleading guilty in this case. As the Court may recall, Mr. Rashid's wife is gravely ill and has dialysis treatments every Monday, Wednesday and Friday, to which he accompanies her. Thus, counsel respectfully requests that the sentencing hearing be scheduled on any Tuesday or Thursday after August 7, 2006.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004