# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Crim. No. 05-259 (RJL) |
| **MAHMUD RASHID,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

Upon consideration of the defendant's motion for a continuance, it is hereby

ORDERED that the motion is GRANTED.  The hearing scheduled for July 14, 2006, is continued until [any Tuesday or Thursday] August ____, 2006, at ____.

```
                                    _____
                                    Honorable Richard J. Leon
                                    United States District Court Judge
```

cc:   John Carlin
      Michelle Peterson