**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CRIM. NO. 05-259 (RJL)** |
| ) | |
| ) | |
| **MAHMUD RASHID,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING

Defendant, Mahmud Rashid, through undersigned counsel, respectfully requests that the Court continue the sentencing hearing that the Court set for September 20, 2006. The defense has been working on a sentencing video to submit to the Court and government, but because of technical difficulties, it is not yet ready. Additionally, Mr. Rashid's wife has an unanticipated doctor's appointment in Florida on September 19, 2006. (See attached appointment cards). Counsel respectfully requests that the sentencing hearing be scheduled on any Tuesday or Thursday after October 1, 2006.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

"/s/"

Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004