IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Crim. No. 05-259 (RJL) |
| **MAHMUD RASHID,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**ORDER**

Upon consideration of the defendant's motion for a continuance, it is hereby

ORDERED that the motion is GRANTED. The hearing scheduled for September 20, 2006 is continued until [any Tuesday or Thursday] October ____, 2006, at ____.

_____
Honorable Richard J. Leon
United States District Court Judge

cc:   John Carlin
      Michelle Peterson