## Mount Sinai
### MEDICAL CENTER
Comprehensive Cancer Center

Name: N. Khonoker

Next appointment date/day: Sept 19 Tue.

With Dr: Schwartz

Times: 2:00 pm

Laboratory / Physician / Treatment Room: 140

← If unable to keep this appointment, kindly give 24 hours notice.

4308 ALTON ROAD, MIAMI BEACH, FLORIDA 33140
TEL (305) 535-3310   FAX (305) 535-3324

P.2

1995 11:26AM    FROM

```
***** ** ****************** PUBLIC HEALTH TRUST ******************************
****  ** ******************    APPOINTMENT SLIP  ******************************
```
                                              PLEASE BRING TO YOUR APPOINTMENT
                                              * YOUR PHT CARE/CLINIC CARD
                                              * ALL YOUR MEDICATIONS
                                              * VISIT FEES (CO-PAYS)
                                              * REFERRAL WITH AUTHORIZATION,
                                                IF HMO MEMBER
                                              * ALL APPOINTMENT ORDERS AND
                                                REFERRALS
                                              *** REMEMBER EFFECTIVE NOV. 1,2004 ***
                                              YOUR OUTPATIENT AND PHARMACY CO-PAYS
                                              MAY CHANGE. PLEASE BE PREPARED TO PAY.

PATIENT # 1886785
NASREEN, KHONDKER

                                                          09/05/06   1027   GDT

PLACE:        JACKSON MEMORIAL HOSPITAL MEDICAL CENTER
              1611 N.W. 12 TH AVENUE
              MIAMI, FL 33136
DATE/TIME:    SEPTEMBER 19, 2006 AT 11:00 AM - TUESDAY
SERVICE:      EKG/ECG (RADIOLOGY)
LOCATION:     ACC-WEST 2ND FLOOR
PHONE:        585-7020    TO CANCEL, LLAME PARA CANCELAR, RELE POU ANNULE
INSTRUCTIONS: PLEASE WEAR COMFORTABLE CLOTHES.
              TO CANCEL OR RESCHEDULE THIS APPOINTMENT CALL 585-7020
              BRING YOUR VALID CLINIC CARD WITH YOU. ****GO TO ACC WEST
              ROOM 104 CASHIER BEFORE COMING TO THIS APPOINTMENT

TRAIGA A SU CITA:                          SUPLE POTE NAN RANDEVOU-OU:
* SU TARJETA DE LA CLINICA                 * CLINIK CARD LA
* TODAS SUS MEDICINAS                      * TOUT MEDIKAMAN-OU
* HONORARIOS DE LA CONSULTA                * LAJAN VISIT-LA
* AUTORIZACION PARA LA VISITA,             * SI OU SE YON MAMB HMO,
  SI TIENE HMO                               POTE PEMISYON ASIVANS HMO-A AVEK-OU
* TODAS LAS ORDENES Y PLANILLAS            * POTE TOUT PAPYE RANDEVOU AVEK
  NECESARIAS PARA LA CITA                    REFERANS DOKTE-OU