UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | Cr. No. 05-259 (RJL) |
| ) | |
| MAHMUD RASHID, ) | |
| Defendants. ) | |

## NOTICE OF FILING

Defendant, Mahmud Rashid, through counsel, respectfully submits the attached letters for the Court's consideration of defendant's scheduled sentencing hearing on September 20, 2006.

Respectfully Submitted,
A.J. KRAMER
Federal Public Defender


_____/s/_____
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Ave., NW
Washington, DC  20004