Dear Honorable Judge Leon,

    I am a 12-year-old boy who has a very happy family with my father, mother, sister, and a dog (she's a Pomeranian.) Our family is going through a lot of emotional problems with my mother's health and a lot of other stuff. My father is the one who is making this family run everyday from morning till night.
    Every morning he drives us to school and picks us up at the end of the day, he also takes my mom to her treatment every other day and takes her to see her doctor. He drives me to football practice and to the library when I need to do some research for school, and takes my sister to field hockey. After all of that he picks up the groceries and cooks for the family, while he is taking care of my mother.
    My mom is really sick and can hardly take care of herself. Most of the time my mom can't get out of bed, get up to use the bathroom, or even feed herself, so my dad, sister, and I have to help her all of the time.
    I'm so proud of my father because he doesn't only help around the house; he helps in our neighborhood and in the schools. He help my sister and me with our homework whenever we get stuck with a question, problem, or if we just need his advice on what to do next on a big project. I pray to God all of the time so that my father can stay healthy and stay with this family and help us through the tough times.
    Your honor, I know we are having a hard time with my mother's health and a bunch of other stuff, but still I'm very happy with my father, sister, mother, and my dog. I know in my heart, with your support and God's will, my family will have many good times together in the future. God be with you.

                                                     Thanking You
                                                     Farzan Rashid

Dear Honorable Judge Leon,

      My name is Chandra Rashid. I am thirteen years old and I am writing to you to talk about my family. My family and I are like the all American family consisting of my father, mother, brother, and our dog. We are a very close family. We do everything together and stay together. Doesn't matter what, we're always together. But recently, due to some unfortunate problems and my mother's health, we haven't been together as often. But even with these problems, my dad still makes us all happy and the best we can be.

      Every early morning, my dad wakes up to make us breakfast, take care of my mom and drop us off at school. Then he goes to work, takes my mom for her treatment, brings us home from track practice and then drops us back again for football and field hockey. In the meantime, he stays home and takes care of my mom and makes dinner for us. When we get home, he spends the rest of his time to help my brother and me with our homework. If it weren't for my dad, then I would have never been an all A student. That also goes the same for my brother. It was because of my dad's tremendous help and guidance that I became the National Junior Honor Society's president for my school. I also took part in my Student Council Association and I made it in Focus (gifted program). My NJHS team had went to Washington D.C. for a National Scholar's Bowl and we were the first junior category to win the national title. My brother and I also participated in the Model UN held in Williamsburg, VA, where we represented our school and Focus group. My brother and I also took part in Track and Field. We both participated for the entire season. My dad came for every practice, every meet, and everyday just to see us. It was because of his support and dedication to us was what had me make it to the County Meet. I did really well during the practices and during the other meets, that they nominated me. And my goal to repay my father is to make him proud and achieve my dream to become an attorney.

      My father, my brother, and I are like three giant pillars working together to hold my mother and this family up. If one goes down then we all go down to the ground. Please help us go through this dark tunnel and help us find light to let us go back to our old life where everything was perfect. With God's hope and your blessings, we'll have our life back. Thank you and God bless you.

                                                      Sincerely,
                                                  Chandra Rashid