UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Crim. No. 05-259 (RJH) |
| MAMHUD RASHID, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF FILING

Mr. Mamhud Rashid, the defendant, through undersigned counsel, respectfully submits this Notice of Filing. By this Notice, counsel respectfully informs the Court that it is today delivering a sentencing video to Chambers and the government. The video is relevant to the "history and characteristics" of Mr. Rashid. 18 U.S.C. § 3553(a)(1). With the Court's permission, counsel intends to play the video at Mr. Rashid's sentencing hearing, which is currently scheduled for September 20, 2006.

Respectfully submitted,

"/s/"
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004