IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Crim No. 05-259 (RJL) |
| | ) | |
| MAHMUD RASHID | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
SENTENCING VIDEO AND TRANSCRIPT**

The defendant, through counsel, hereby requests that the Court accept for filing the attached transcript of the sentencing video previously submitted by Counsel for the Defendant as well as the CD-ROM of the video itself. These have been provided in lieu of letters or live testimony from these individuals. It is, of course, up to the Court to decide whether to review the transcript of the CD-ROM or to view the video. If the Court permits, however, Counsel may request to be allowed to play excerpts of the video (a maximum of 8 minutes) during the sentencing hearing. AUSA John Carlin has indicated that the United States does not oppose this motion.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004