**TRANSCRIPT OF SENTENCING VIDEO CD-ROM**

## *FLORA RASHID*

Hi, my name is Flora Rashid.  I'm here to talk about my family. We have two wonderful children, Chandra and Farzan, and an absolutely beloved husband, Mahmud Rashid and a little dog, her name is Striker, a Pomeranian.

We started our life, me and my husband, as a typical American family - working, playing, laughing, good times, bad times – everything together.  Chandra came in our life, which is our daughter, and I had an extremely difficult, high-risk, pregnancy.  Only a few doctors were specialized in this kind of delivery because I was considered as such a high risk pregnancy.  Without Mahmud next to me, I would not have made it and Chandra probably would not have seen the light of this earth.  She's a wonderful daughter.   I had to go for a sonogram every week. Which usually people take three or four times the entire pregnancy time, but I had to go there every week just for the sonogram and then every couple of days all kinds of test.  It was a really rough nine months and Mahmud was there all the time.  I couldn't sleep.  I couldn't sit.  I was extremely, extremely sick. And thank God, Chandra was born without any kind of physical defect.  The doctor was expecting that she might have a lot of physical defect and she came out of it a very brilliant kid.  And then we had Farzan the next very year, and I also had a very very rough pregnancy with Farzan, too.  But we overcame it and we started going along with our life and raising  Chandra and Farzan as a much nicer and gentle way that we could.

My health started deteriorating actually very shortly after Farzan was born, but because of Mahmud's spirit I held it as long as I could have.  We went all the way down the stretch.  Because every night when I was crying and telling him "I'm not going to make it in the night", he was telling me "No, not only this night you will make many, many nights – many, many nights we will see the grandchildren before anything happens to us."   And sure enough I was healthy for at least eight/nine years after Farzan was born - only because of his spirit.  I could not have made it. Still every night I give up.  Every night I give up.  I take a lot of medication.  Sometimes I don't even know where I am - am I at the doctor's office or at home.  He feeds me.  I can't even feed myself.

My family is going through a very rough time – both of my children are always intense. "Mommy, mommy are you okay?"  Sometimes I can't even talk for hours and hours.  I want to talk but I can't.

After Farzhan was born, a couple of years later, something very tremendous happened to my life.  I developed breast cancer.  I remember the night I got the results.  I was so devastated I was crying. I was crying and I opened my front door and I was on my lawn and crying.  Mahmud ran and grabbed me and said, "Everything is going to be fine. We're going to go through with this."  He brought me home, he calmed me down, and then finally I went for a full mastectomy. It was mentally a shock for me from going through a mastectomy at such a young age, but as usual, Mahmud was always there for me.  I never took any counseling or anything from anybody because I always had a counselor at my home.  My doctor always asked me whether I needed

team work or to talk to somebody, and I said, "No doctor, as long as I have my husband I don't need to go anywhere else.  He's the one who tells me how to hold myself going through this rough time."   And then I took the chemo.  I took whatever comes with the treatment for breast cancer and the medicine for five years.

    And then from the chemo, probably, I don't know the cause of it, I started having a kidney problem after three or four years from the cancer and eventually I lost both of my kidneys.  I'm going through dialysis right now, three times a week.  Dialysis is something that is if your body can tolerate the machine then you do kind of okay, but if your body doesn't tolerate the machine the first time it never does it.  It doesn't matter how hard you try.  The machine just – the moment they put you through the machine your body knows there is something I'm not going to take and she knows that. As long as you do it, it doesn't matter how many times it doesn't get any better.  And Mahmud is always, always, always there for me.  Always.  He helps all the nurses.  I have a nurse who takes care of me.  She always tells my husband, "We're going to put you in the payroll pretty soon, because you work so much.  You should get paid from us."

    Sometimes my people who take the dialyses, they know me by my husband.  They say, "Oh, you are his wife.  Okay.  We know you."  People don't know me from me to him, the know me from him to me because he is always there helping other patients.  Because once you're hooked on the machine you cannot get up so he gives them water, napkins, things like that.  Whatever magazine, whatever they need because those people are stuck in that chair, they cannot get up.

    Only I know what my body goes through with this treatment and without him I will not be able to make it.  I'm going to tell you one thing that happened to my life.  When I went through the mastectomy it was a very major surgery.  When the doctor was trying to wake me up, I wasn't getting up.  I wasn't coming back and the doctor got very very nervous with me because I wasn't responding.  I was totally out.  He tried to slap me, the nurses did, I heard later on they did everything they could have done to wake me up and I wasn't coming out from the coma.  So the doctor didn't know what else to do, because you only had a certain time to come out from the coma otherwise you'll go into a coma.  And God bless him for thinking spontaneously, he grabbed my husband from the waiting room, because he was right in front of the waiting room.  He grabbed my husband, he brought him inside and he said, "Wake your wife."  My husband just called my name, "Flora".  He didn't even touch me he just came to me, to my head, close to my head and whispered "Flora", and I opened my eyes.    I can't make it without him.

    My children can't do anything they want in school because I can't do nothing for them.  I cannot even take them to the chores, all the activities - even studying in the evening. Because my son wants to be a doctor and my daughter wants to be an attorney, they have to put a lot of effort to their education. Sometimes I don't even know what I'm reading because I can not keep up with the things in my head.  Our life is, I don't know how worse it can get, I don't know.

## *DR. ROBERT GREENSPAN*

I am Dr. Robert Greenspan, I'm a nephrologist practicing in Woodbridge, VA. I went to the University of Maryland. I've been nephrology for over 25 years. Flora is my patient. She's been on dialysis for the last several years, and I've been following her at Woodbridge for at least the last two years. She has a number of very significant medical problems, aside from, or in addition to, end stage renal disease, including chronic thyroid disease, chronic heart disease, recurrent congestive heart disease and hypertension. She takes medication for all those problems.

Dialysis requires her to come to the dialysis unit three times per week and she has treatments that last between three and a half and four hours each session in order to remove some of the toxins and some of the extra fluids. The treatments have not been easy on her, she's had a difficult time with medications, with dialysis problems, with blood pressure problems and has required support from her husband. He has attended treatments almost throughout each treatment since I've known her for the last several years, and she's had a number of problems during the treatments and he has been available. I think it is important that he continues to be available because of her basic medical problems and basic needs - aside from transportation, following medications, taking medications. Following dialysis, on occasion, Flora has been quite weak. He needs to help drive her to and from the treatments, as well as handle medications at home.

## *CHANDRA RASHID*

Hi, my name is Chandra Rashid and I am 13 years old. I'm starting high school this year. I am a freshman, 9th grader at Colonial Fort High. I'm going to start Governor's school which is really, really hard. It's a college course and it's weighted. The grades are weighted as college grades. And it is really, really challenging and I need all the help I can get.

I've been an all "A" student for as long as I can remember now, and that's like really long. And I've been participating in extra curricula activities such as Focus and National Junior Honor Society, and my Student Council Association. As for Focus, I have done many things as to participate in programs, do community service hours. I have even went to meetings and I participated in the Model UN, which took place in Winford, VA. I represented my school in my Focus program as to a country, also. For National Junior Honor Society, I was elected the president for my school as National Junior Honor Society, and I performed service hours for about 20 hours for that program. And we went to a national scholars bowl in Washington, DC and my team was the first junior to get the national title as the winner, so that was really good. I participated in my schools debate team for Focus and political science during the 2004 National presidency election. We won my school debate - my Focus debate - because I was the leader for it, and I guided my group through all the procedures and challenges that we have to overcome, and we actually won.

And for the political debate we actually came in tied, because no one could actually decide which team would be better because it was in politics so we didn't really get a winner on that one, but we did our best, and I was also the leader for that. And I was my team's current events leader. That was current events where we chose events from one month to another month and you'd be quizzed on it, and we would have to choose which answer was correct and we actually came in first. I think we actually won on that one. For my SCA, I was elected member to represent my classroom, my home room. For that I got many, well, I got many projects to do with my class room like how to help the poor and needy children; how to have disaster relief funds; how to collect the most money for hurricane victims and how to get money for just normal -- how to help people get their houses built; how to do all this stuff for people who actually needed it the most. And for that, we did many hours and we stayed after school and then we had dances that we raised money for; we had many games that we raised money for. I was both an active member in both SCA and National Junior Honor Society, and they're very close - so we did very well in that. And I participated in track and field, which I did for the entire season, and I never missed a practice thanks to my dad, because he drove me to school and he picked me up from track practice every single day. I mean, track meet wasn't over until 5:30 and he was there exactly on the dot, 5:30, and he picked us up. He even stayed there for me to watch me run; he even told me how to run sometimes, he actually got out there on the field and helped me run and did my drills and everything for me. It was great because if it wasn't for him, I couldn't do it. Actually, because I did so well in the practices and the county meet before, I actually got nominated to perform at the county meet which took place at another high school for my school. And he's the one who helped me through it. He took me to buy my shoes - my everything. My

shoes, my socks, everything. Because we had to go to special stores to get shoes.  It's amazing, because if it wasn't for him I could never do track and I did so well at it I actually got the team points.  It was amazing, because he took me there every day, he brought me back every day.  He even ran with me at home.  Like we stayed home and we'd jog for like a few hours and we practiced and he helped me every time, and he's amazing!

      This year I'm starting field hockey at my recreational center and again I need all dedication because with all the dedication he gave me during track I know I will be able to do as well as I did in track as I am in field hockey now.  He's taken me to buy my sticks, my pads, my guards, my mouth guard my cleats, my everything, my uniforms, it's amazing!  It's just crazy because he takes me to practice every day.  I have practice two days a week - games on Saturday - the drive alone is like 30 minutes and practice is two hours - so he stays there like three and a half hours with me every single practice.  We stay there and he helps me, he watches me and then when we come home he helps me with my homework, he does dinner, he takes care of my mom, I mean we do my projects for school and then takes me out does some more drills outside, it's amazing because if it wasn't for him I wouldn't be able to do it as well as I am, right now.  It's because of his dedication and his support that I manage to be president for the National Junior Honor Society, be on the Focus program and do so well in sports. I mean, I'm like nothing without him.  I mean a lot of people can only be good at academics, only.  And a lot of people are only good at sports, only, but I'm good at both because of my dad.  I mean, the academics wise it's because of his help that I've made it so far.  Even sports wise it's because of his help that I've made it so far, and I hope to do that good in -- now I'm doing Governor's school and it's no surprise without his help that I'm not going to do any better than I am already.  With his help I'm going to do even better because I'm doing college course, so he's going to give me all the help he can give to me. And for field hockey as well as to deal with me in track - I'm going to do track this year for my school team, also. I'm doing a lot of stuff.  So he's helping me with my sports as well.  And for field hockey he's just going to take me - he's there for every game for me and he's there every day for practice.  He takes me home. We don't get home until 8:30 and then he comes home and does dinner and helps me with my homework.  And now that it is the summer it is pretty nice outside during the day, it's not as hot so we shoot some hoops, we play basketball and still do jogging, we jog together all the time.  We jog for like two miles and we practice in the field and everything, it's just amazing, and I wouldn't be able to do it without him.  He's just great, because he does everything for me.

      And now that my brother is in football - my brother has football four times a week - four days a week and games every Saturdays so that leaves only one day for homework and class work and family time - my dad's there at his practices, as well. So my dad is with his practices, he's with my practices he's with - since both of our games are on Saturdays he's always there at is games,  and he's always at my games, and we have away games and he used to drive us there and he picks us up, he buys him all the material: cleats, helmets, mouth guards everything.  If it wasn't for him we couldn't do anything.

Not only does my dad help me with this kind of stuff, he also participates in my school activities, as well.  We have pumpkin walks, pumpkin patches.  He donates pumpkins; he donates books; he donates money; he donates, and he donates his time; he donates flowers to our local garden, it's amazing.  He donates food; he donates soda; he donates candy.  He comes in and he's like - and he helps us during the classroom.  It's amazing!  If it wasn't for him I could never be this good.  I mean, I'm good both at sports and academic subjects - that's amazing!  If it wasn't for him I could never do this well in either subject.

Me and my father we are very very close because as you can imagine on the long car rides and how he helped me with my sports and academics.  I mean we're really really close.  Yeah, you can say I'm a daddy's girl.  I love him so much and he loves me back so much, too.  But he's always there for me and we're always doing something together.  I mean just randomly.  I'll do homework and I'm like really stressed out about it and he'll just say, "okay, come on take a break".  So he'll make me like an ice cream sundae and after that we'll go out in the back yard and play soccer or play basketball or something, just to you know, hang around.  And sometimes, like, I'm not like the kind of person whose like, you know, always I have to do this.  I mean, I'll take breaks, too.  I mean, if I'm like really stressed out he'll call some of my friends and be like, "Hey, do you want to take Chandra out to the movies" and stuff like that "I'll drop you off, my treat."  Stuff like that.  He always takes me and my friends like to the movies, bowling alley and he drops us off like at the ice cream parlors and it's fun because he stays there.  And we'd always go to the pool, and just to cheer me up he drives me around to the pool.  It's so neat because he's the best ever.  I mean, he's not like a strict dad, where he's like "yeah, you have to stay here and do your homework."  He's also - he gets the job done, either way.  He's so so perfect.  I don't know how he does it.  He has me play time and he has me go to movies, but I still manage to get my homework done with him.  I don't stress about it at all.  When I'm doing it by myself I'm frustrated and I'm trying to get it done but when he's there I'm like "perfect".  He's helping me and it seems like I worked on a hard assignment for three hours, like straight, I can't get a single paragraph done but when he comes I get breaks, he takes me out for ice cream and I come back and its finished within like an hour. I'm like, okay.  And it just whenever, like, a weekend comes, he takes me out, he takes the whole family out for like a picnic or sightseeing or we go to the movies or we go to like, Kings Dominion or like a theme park.  And we just go out and have fun for like family time.

Sunday is like our family day.  Saturday is like our kind of finishing up day we do all of our homework that day, and then if we finish early we get to go out watch a movie, go to my family's house or they come over here and we have like a little party or something.  And like anytime I'm playing outside, my dad he comes back from working tired as anything and he has to make dinner. After he's done dinner he still plays with me, too.  I mean he's tired from work, from picking my brother up from football from helping my mom clean the house and helping my mom, like, with herself.  And even after that, I'm playing with him.  He just comes right out all happy and energetic like nothing is wrong.  I know it's wrong because he's worked all day and I don't want to bother him but he still play with me.  He still plays with me because he just wants to be there for me.  He moves the car out of the driveway and we play basketball and we play

soccer in the backyard; we practice track; we go jogging for at least an hour, and then we watch TV together and we play, maybe a couple of board games and then we do homework.

Sometimes we go to the movies, sometimes we go down to Fredericksburg because that's the city and it has all the fun, all these little restaurants, little tourist sites and everything. Sometimes he takes us to the pool, swim, he swims with us and some times he's even like, when we invite the family over they have like their dog come over and we always have like a little family picnic in the backyard, the family has a cookout every year, he's always in charge of that. Everyone knows my dad is the energetic one.  Even when he's tired.  They all like, every one is tired but my dad is going to come out and be like, "Okay, you guys.  Let's go do something this is too boring."  Like if they're just sitting around my dad is always there, "All right.  Let's go do something."  It could be 9 o'clock at night and my dad is tired as anything, he can drive to New York and take us to have fun.  We did that one time.  We had just got out of the movie with my family and it was 12 o'clock and everyone is tired except for my dad, because he was driving, and then my mom and my aunt they just started a conversation like "what if we go to New York." My dad was like, "Are you serious. We can go now." So then we actually go home, we pack for like two days and then we actually drive all the way to New York.  It was like 4 o'clock in the morning when we're driving.  We were just sightseeing – we ate, we shopped, we did everything together.  It was crazy.   We actually do this kind of stuff.  It's amazing.  He's not even tired after - I know he's tired he just doesn't want to show it.

He wants to be there for us.  That's the important thing.  But my dad is the best dad in the whole world.  He sacrifices the time for us, I mean, he doesn't even care about himself.  I mean, once a month he gets a haircut. That's the only money he spends for himself, basically.  He spends it for the family.   I think the dog gets more care than my dad. Because he takes the dog grooming, he takes the dog out for walks, he feeds the dog, he gives the dog baths, he clips the dog, he grooms the dog, and he does everything – even for the dog. It's crazy.  He just loves the family so much. Even for the dog, whenever the dog is outside, any chance my dad gets he takes the dog.  He would even take the dog to work.  I mean, the dog is in the back room. He has a little water bottle, dog water bowl, dog food bowl and crazy because my dad cares about everybody in this whole family.   He's doesn't spend money for himself.  He doesn't - he spends more time on the car than himself, too.   I mean the car has more time than him, it's crazy.   He only gets - that's just it - the only money he spends is probably like $15 on a haircut every month that's about it.  There is nothing else to it.  He doesn't even buy himself clothes or anything.  Even for his birthday he doesn't care, it's all about the family.  He always says he doesn't need a lot of presents, all we say is happy birthday and he's happy.  That's all he wants.  Just wants to spend time with the family, that's all.

# *FARZAN RASHID*

I'm Farzan Rashid, and I'm 12 years old and I go to Rodney Thompson Middle School. I just passed the 7th grade last year, and I'm going into the 8th grade, right now. I've been a straight A student all my life, since from like I can remember, the 2nd grade. I'm in a lot of like extra activities around the school, like Focus. It's a class for the gifted students. I been in that since 4th grade. I've done a lot of projects about it and my dad has helped me buy the supplies I needed to go with the projects and do what I needed to do and I passed everyone of those. And then this year we had a big independent study project and my dad helped me with that, and then I got a 100 on that, so I passed Focus this year. And when you're in 7th grade you can apply for NJSH if you get recommended by your teacher, and I was recommended, so my dad signed the parent recommendation and I was accepted in the NJHS for 7th grade. And then we had a meeting and then we were running for officers and I ran for president, I didn't win but I lost by one vote. It was a tie for president and I lost by one vote. So then we do a lot of volunteer work in NJHS like community service. We help the school out. Like this year at the end of the year we all went to school and helped stack the textbooks because there is like 50,000 in the school. So all the NJHS members had to go there and had to help for about three days. And then pretty soon, in a few days, we're going to have to go back to school to help distribute the books to the 7th and 8th grade students, and 6th grade. And then also for Focus, my Focus teacher recommended that I do model UN for extra credit, kind of. So then, we went to William and Mary, I think, college to do model UN and I was chosen to represent Belize in South America. And we were each given a different committee to represent the country and I was given the one on refugees in Belize and what we can do to help reduce the amount.

And then my dad has to drive me every where we go because my mom is always, like, sick. And I play football and track and one year I played basketball and my dad had to drive me around from practice to practice every day. From football from like 6:30 to 8:30. And he has to buy me like cleats for practice and pads and a mouth guard. And then Monday through Thursday we'd always have practice so he'd have to take me from 6:30 to 8:30. And then on Saturday we have games which last maybe about two - three hours, so my dad had to wait there with me until it was over. And then for track, my dad had to buy like my new running shoes because mine were like torn up. We had practice everyday for about a month and a half, like practice and meets. Our meets would always be on Tuesdays and Thursdays. So he comes to those if they were home or away games, he'd be there. And then one year for basketball he had to buy me shoes and then a basketball. He brought me the hoop so I could practice at home so I could get better and every day from - after school, we'd go from 4 o'clock to about 5:30 we'd play basketball and then he'd had to stay there every day. And then we'd have games Monday's and Wednesdays for about two or three hours, again. And he'd have to stay there with me throughout the entire thing.

And then after I'd get home I'd have to start my homework and I'd usually have a lot of homework in all my subjects, which I have language arts, civics, science and algebra which is an advance class math. There's Math 7, Math 7 extended and then algebra is a high school class for

10th grade. I'm taking that right now.  My dad took that when he was younger, so when ever I'd get stuck on a problem I'd go to him and ask him "what should I do with the next problem?" and then he tells me what to do and  he'd help me to understand.  And like before, once sometimes I have to study, I don't like studying but my dad tells me to, so like, I usually do better when my dad helps me with it study with the test, because then I can understand it better.  And he explains step-by-step what I need to do and how he got this answer and why you're supposed to do this.  And same with, like, if I get projects, in language arts we have a book report every month and it would be different every month and I'd need, like, colored pencils or poster board or construction paper, my dad would have to go out and buy it for me and then bring it back so then I can like, work on my project. And then I got like A's all the time on those projects.  I passed all of them.

### *OFFICER KENNETH ANDERSON, MPD*

My name is Officer Kenneth Anderson, of the Metropolitan Police Department. Been on for 15 years. I know Flora and Mahmud Rashid from 950 S. Capital of the place where I regularly visited, whether it was to play lottery tickets or just to come in and talk. I always had a good relationship with both of them. For the most part, people who were assigned to the area where the store is, it was kind of like a watering hole place for most of the police – come in and get some coffee, play lottery, numbers stuff like that. Police appreciation – that's something I attended on one occasion. It must have been four or five years ago. I was on my day off, personally, that day. I came in just, in a long time, just to come by and check it out. Got a little something to eat and drink; hung out with some of the other police officers, other friends and just kind of hung out and made a day of it for a few hours.

### *OFFICER GLOVER*

Hello. How are you doing. My name is Officer Glover of the Metropolitan Police Department. I've been on the police department for 24 years. I met the Rashids several years ago. The Rashid's have been instrumental in our community in helping us with our community events – donating sodas, waters, and things of that nature to our events. They also had a community cook-out which was very fun, which was a lot of fun. They had DJ's, food, grill and all the agencies came out: the fire department, police department, Capital Hill police and things of that nature. So they were real instrumental in our community.

### *LENNY*

My name is Lenny. I'm homeless. I been going to that Exxon for about five years. Mr. Rashid, he always respected me I always respected him. Some mornings I would get up I'd be hungry and I'd ask him for something to eat and he would feed me. Sometimes I would need a few dollars to travel, and he would always lend me money. He was a good guy. I use to work for the club running errands for the girls, and I would always go to him to purchase things for the girls. He treated me with respect, and I treated him with respect and he looked out for me. He'd always feed me, or give me some money just to put in my pocket, he'd do that. To me, he's a stand-up guy.

## *FLORA RASHID*

Talking about my husband, he is not only a wonderful man and a wonderful husband and a wonderful father.  When we go for shopping, maybe we're in the car and he sees an older lady or somebody taking a lot of grocery he would stop the car and jump over and put the grocery in their car, open the door for them, my neighborhood.  Everybody in the neighborhood - anybody that is moving, doing lawn work my husband is always there.  The teacher needs him at the school he's always there.  He's just a helping soul, you know.

We have dog, sometimes in the snow time, it is so much snow, but Mahmud would still take Striker outside, do all his chores, and feed her make sure she's all together.  Make sure she has her food, she has everything.  He's like that.  Sometimes I wonder what a beautiful soul he has inside.  God bless him, you know, helping all these people on this earth.  He tries to make things better for every day for every body.  He really really tries.

The thing, like one day I saw some birds in my house and my husband say, "Okay, come we don't have a bird feeder. These people are coming and going back hungry from our house.  So I bought a beautiful bird feeder from a garage sale and we brought some, you know, feed to feed the bird feeder.  In Big Lot you can buy .99 big bag.  There's a bakery here that sell their leftover, you know, loaf four-for-a-dollar you can buy them.  And we started feeding the birds.  Now we have a lot of birds coming to our house.  He's just like that.  He would do things that we ignore every day.  Things like that.  He'd do it for people any given day.  Not only for children or his wife, he will do it for everybody. Anybody anytime wants him he's going to be right there.

I am kind of very serious person. I take things very seriously. Even though I don't accomplish anything, but I take things very seriously.  My husband is totally opposite.  He will take things very - of course he is even easy laughing - better way of life, let us put it this way.  Like my kids, if they have any tough task they will come to daddy "daddy, daddy, daddy".  He'd say "okay, that's no big deal.  We can handle it.  This is piece of cake we just have to handle it one-two-three."  And they really do.  And when they come to me I'm the one to say, "Oh, my God, this is so hard. How are we going to solve it?"  So that's the difference between me and my husband.  God bless him.  He can give him a very very hard thing and he will just smile and he'd say, "God give me enough strength so I can work on it." and he would overcome it in a very very manly way.  Let's put it this way, looking at him is like he sees a better life. He thinks this world is beautiful and everybody should be laughing and smiling and taking things very easily because we are all here for a very short period of time and make the best not for us but for everybody around us.  If we are sad the people closer to you get depressed and he doesn't want anybody to be depressed, he says.  Life comes and you just have to make it easy and happy for other people, also.  Life is beautiful. God gave us two beautiful children and husband and wife, we can't ask for anything more.  Rice and beans - happy with it.