HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA : Docket No.: <u>05-CR-259</u>

vs. : SSN: _____

RASHID, Mahmud : Disclosure Date: <u>April 14, 2006</u>

NOV 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
 (✗) There are no material/factual inaccuracies therein.
 (✗) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          4-24-06
Prosecuting Attorney                          Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
 ( ) There are no material/factual inaccuracies therein.
 ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____   _____   _____   _____
Defendant            Date      Defense Counsel     Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **April 28, 2006**, to U.S. Probation Officer <u>George Neal</u>, telephone number <u>(202) 565-1357</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer

**Receipt and Acknowledgment**            Page 2

Paragraph 14 contains typographical errors. The corrected numbers are: DC Public Works restitution is $37,331. General Services Administration is $32,800

Note Paragraph 62 contains the correct figures

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 4-24-06