IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIM. NO. 05-259 (RJL) |
| ) | |
| ) | |
| MAHMUD RASHID, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO EXTEND TIME WITHIN WHICH TO REPORT

Defendant, Mahmud Rashid, through undersigned counsel, respectfully requests that the Court extend his time to self surrender. As the Court is aware from the sentencing hearing, Mr. Rashid's wife is gravely ill. The Court was kind enough to allow him 90 days to self surrender. Unfortunately, Mr. Rashid was unable to schedule all of his wife's medical care, in part because his supplemental insurance from his job did not begin until February. He describes the need for the additional time in the attached letter. We respectfully request that he be designated to report on or after July 1, 2007.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

"/s/"
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004