THE HONORABLE
JUDGE RICHARD LEON
U.S. DISTRICT COURT
WASHINGTON D.C.

YOUR HONOR

As you are well aware of my wife's serious illness. She already went through several tests and surgery. Few more needs to be done including her arterial graft which failed three times before this is her last chance to fix, without this she can't be dialysed. Heart catheterization needs to be done, constructive surgery in the arm where she has an annurism; major kidney surgery, before this she has to go through few tests. Estimated time for all this to finish will be end of June.

In this situation if you please allow me to serve my time from end of June 2007, I shall be ever grateful to you. I don't have any body to take care of these problem while I am away. I honestly pray and hope that you will be kind enough to grant me extension upto end of June. Thanking you.

SINCERELY

MAHMUD RASHID