IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MAHMUD RASHID, )<br>)<br>Defendant. )<br>_____) | Crim. No. 05-259 (RJL) |

## ORDER

Upon consideration of the defendant's motion for an extension of time in which to report as designated to the Bureau of Prisons, it is hereby

ORDERED that the motion is GRANTED. The Bureau of Prison's shall rescind the earlier designation, and shall designate Mr. Rashid with a report date on or after July 1, 2007.

_____
Honorable Richard J. Leon
United States District Court Judge

cc:   John Carlin
      Michelle Peterson