UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Criminal Case No. 05-259(RJL) |
| MAHMUD RASHID, | ) |
| | ) |
| Defendant. | ) |

## ORDER
[#22]

It is this 13th day of February, 2007, hereby

**ORDERED** that defendant's Motion to Extend Time Within Which to Report is **GRANTED**, and it is further

**ORDERED** that the Bureau of Prisons shall rescind the earlier designation, and shall designate defendant Rashid with a report date of July 1, 2007.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge