**HONORABLE RICHARD J. LEON**
**UNITED STATES DISTRICT JUDGE**

**FILED**

MAR 2 – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**ORDER TO SURRENDER**

**UNITED STATES OF AMERICA**

vs.

**Mahmud Rashid**                    **Docket No.: CR 05-259-01**

**TO:    DIRECTOR, FEDERAL BUREAU OF PRISONS**

It is hereby **ORDERED** that  **Mahmud Rashid**  having been sentenced, on November 21, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to  USP Hazelton , in Bruceton Mills, WV  **by 2 p.m.**, on  June 29, 2007 .

**3|6|07**
**Date**

**RICHARD J. LEON**
**UNITED STATES DISTRICT JUDGE**

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_____          _____
**ATTORNEY/U.S. PROBATION OFFICER**          **DEFENDANT**

Revised 6-2004