IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIM. NO. 05-259 (RJL) |
| ) | |
| ) | |
| MAHMUD RASHID, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO EXTEND TIME WITHIN WHICH TO REPORT

Defendant, Mahmud Rashid, through undersigned counsel, respectfully requests that the Court extend his time to self surrender an additional three weeks. As the Court is aware from the sentencing hearing, Mr. Rashid's wife has kidney disease. The Court was kind enough to extend his time to report once already, and he is scheduled to begin service of his 6 month sentence at Hazelton on Friday, June 29. Mrs. Rashid had graft surgery on Friday, June 22, 2007, to enable the dialysis to work effectively. Unfortunately, she appears to have developed pneumonia as a complication from the surgery and her diminished immune system. As a result, Mr. Rashid asks the court to delay his report period for three weeks. We respectfully request that he be designated to report on or after July 21, 2007.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____"/s/"_____
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004