UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-259 (RJL) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MAHMUD RASHID, | : | |
| | : | |
| Defendant. | | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO EXTEND TIME WITHIN WHICH TO REPORT**

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, has no objection to defendant's request to extent the time within which to report for a period of three weeks.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____/s/_____
JOHN ROTH
Assistant United States Attorney
555 4th Street, N.W., Room 5247
Washington, DC 20530
(202) 514-6961