UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | Criminal Case No. 05-259 (RJL) |
| MAHMUD RASHID, ) | |
| ) | |
| Defendant. ) | |

### ORDER
[#25]

It is this 27th day of June, 2007, hereby

**ORDERED** that defendant Rashid's Motion to Extend Time Within Which to Proceed is **GRANTED**, and it is further

**ORDERED** that the Bureau of Prisons shall rescind the earlier designation, and shall designate Mr. Rashid with a report date on or after July 20, 2007.

**SO ORDERED.**

_____/s/_____
**RICHARD J. LEON**
**United States District Judge**